[No. 37231-9-I.  Division One.  August 4, 1997.]

THE ESTATE OF JERALD R. BECK, ET AL., *Plaintiffs*,
SAFECO INSURANCE CO., ET AL., *Appellants*, v.
COVENTRY ASSOCIATES, ET AL., *Defendants*, DONALD B.
MURPHY CONTRACTORS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-27444-1, Peter Jarvis, J., entered July 13,

1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Cox, J.